# Third District Court of Appeal
## State of Florida

Opinion filed September 14, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-670
Lower Tribunal No. 20-5461
_____

**Noemi G. Delgado,**
Appellant,

vs.

**Craig K. Stephens,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Spencer Multack, Judge.

Noemi G. Delgado, in proper person.

Law Offices of Paul D. Petruzzi, P.A., and Beatriz D. Vazquez; Gregory Vincent Alcaro, P.A., and Gregory Vincent Alcaro, for appellee.

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.